UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL HUE-WILLIAMS LTD. d/b/a ALBION GALLERY,<br><br>            Plaintiff,<br><br>    -against-<br><br>JAMES TURRELL,<br><br>            Defendant. | Civil Action No.: 07 Civ. 7366 (LAP)<br><br>ECF Case<br><br>**AFFIDAVIT OF SERVICE** |

    JERRICK HERNANDEZ, being duly sworn, deposes and says I am not a party to the above action, am over 18 years of age and reside in Bronx County, New York.

    On August 20, 2007 at approximately 11 a.m., I personally served by hand the following documents:

(1) Notice of Filing of Notice of Removal;
(2) Notice of Removal of Action Under 28 U.S.C. §§ 1332, 1441, 1446;
(3) Civil Cover Sheet;
(4) Individual Practices for the Honorable Loretta A. Preska and Michael H Dolinger;

in the above captioned action upon Peter R. Stern, Esq., Attorney for Plaintiff, McLaughlin & Stern, LLP, 260 Madison Avenue, New York, New York 10016 by delivering a true and correct copy of said documents to Adam Francique.
    Adam Francique's approximate physical description is:

        RACE: African American
        SEX:   Male
        HAIR: black
        EYES: brown
        HEIGHT: 5'6"
        WEIGHT: 160 lbs.
        AGE:   23

    On August 20, 2007, I hand delivered the aforementioned documents to the Clerk of the Court, Supreme Court of the State of New York, County of New York, 60 Centre Street, New York, New York.

By: _____
    Jerrick Hernandez

Sworn to before me this
20th day of August, 2007

_____
Notary Public

ROCHELLE S. BELL
Notary Public, State of New York
No. 01BE4722424
Qualified in Queens County
Commission Expires November 30, 20 10

80401597.1