SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

MICHAEL HUE-WILLIAMS LTD. d/b/a
ALBION GALLERY,

        Plaintiff,

v.

JAMES TURRELL,

        Defendant.

Civil Action No.: 07/602411

NOTICE OF FILING OF
NOTICE OF REMOVAL

NEW YORK
COUNTY CLERK'S OFFICE

AUG 20 2007

NOT COMPARED
WITH COPY FILE

TO:    Clerk of the Court
        Supreme Court of the State of New York
        County of New York
        Room 141B
        60 Centre Street
        New York, NY 10007

        Peter R. Stern, Esq.
        Attorney for Plaintiff
        McLaughlin & Stern, LLP
        260 Madison Avenue
        New York, NY 10016

PLEASE TAKE NOTICE that Defendant James Turrell, by and through the undersigned counsel, filed a Notice of Removal with the Clerk of the United States District Court for the Southern District of New York on August 17, 2007. A copy of the Notice of Removal is attached.

Dated: New York, New York
       August 20, 2007

MANATT, PHELPS & PHILLIPS, LLP

By: _____
    Gregory A. Clarick
    Lisa G. Horwitz
7 Times Square
New York, NY 10036
Tel. (212) 790-4500
Fax (212) 790-4545

*Attorneys for Defendant James Turrell*

80400845.1