USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL HUE-WILLIAMS LTD. d/b/a
ALBION GALLERY,

    Plaintiff,

v.

JAMES TURRELL,

    Defendant.

Civil Action No.: 07 Civ. 7366 (LAP)

**STIPULATION AND ORDER**

It is hereby stipulated and agreed by and between Plaintiff and Defendant, through their respective counsel of record, that Defendant's time to answer, move or otherwise respond to the Complaint is extended through and including September 12, 2007.

This is Defendant's first request for an extension of time.

Dated: New York, New York
August 24, 2007

By: _____
Peter R. Stern
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
Telephone: (212) 803-1299

*Attorneys for Plaintiff*

Dated: New York, New York
August 23, 2007

By: _____
Gregory A. Clarick
Lisa O. Horwitz
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500

Donn Zaretsky
JOHN SILBERMAN ASSOCIATES PC
145 East 57th Street
New York, New York 10022
Telephone: (212) 319-3737

*Attorneys for Defendant*

SO ORDERED:

_____ 8/24/2007
U.S.D.J.
**LAURA TAYLOR SWAIN U.S.D.J.** PART I

80401895.1