PRSIKAS.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL HUE-WILLIAMS LTD. d/b/a
ALBION GALLERY,

    Plaintiff,

v.

JAMES TURRELL,

    Defendant.

Civil Action No.: 07 Civ. 7366 (LAP)

**STIPULATION AND ORDER**

It is hereby stipulated and agreed by and between Plaintiff and Defendant, through their respective counsel of record, that Defendant's time to answer, move or otherwise respond to the Complaint is extended from September 12, 2007 through and including September 19, 2007.

This is the second request for an extension of time to answer.

Dated: New York, New York
September 12, 2007

By: _____Peter Stern ICH_____
Peter R. Stern
MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
Telephone: (212) 803-1299

*Attorneys for Plaintiff*

Dated: New York, New York
September 12, 2007

By: _____
Gregory A. Clarick
Lisa G. Horwitz
MANATT, PHELPS & PHILLIPS, LLP
7 Times Square
New York, New York 10036
Telephone: (212) 790-4500

Donn Zaretsky
JOHN SILBERMAN ASSOCIATES PC
145 East 57th Street
New York, New York 10022
Telephone: (212) 319-3737

*Attorneys for Defendant*

SO ORDERED:

_____Loretta A. Preska_____
U.S.D.J.

September 13, 2007

80403244.1