UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL HUE-WILLIAMS LTD. d/b/a ALBION GALLERY,<br><br>　　　　Plaintiff/Counterclaim Defendant,<br><br>　　　　V.<br><br>JAMES TURRELL,<br><br>　　　　Defendant/Counterclaim Plaintiff. | Civil Action No.  07 Civ. 7366 (LAP)<br><br>**CERTIFICATE OF SERVICE** |
| JAMES TURRELL,<br><br>　　　　Third-Party Plaintiff,<br><br>　　　　V.<br><br>MICHAEL HUE-WILLIAMS,<br><br>　　　　Third-Party Defendant. | |

　　　　I, LISA HORWITZ, hereby certify that, on September 19, 2007, I caused a true

and correct copy of the Answer, Counterclaims and Third-Party Claims to be served via

electronic mail upon the following person at the last known address:

　　　　Peter R. Stern
　　　　MCLAUGHLIN & STERN, LLP
　　　　260 Madison Avenue
　　　　New York, NY  10016
　　　　Telephone: (212) 803-1299
　　　　Email: PSTERN@mclaughlinstern.com

　　　　*Attorney for Plaintiff*

s/    Lisa G. Horwitz
Lisa G. Horwitz
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY  10036
(212) 790-4500
*Attorneys Defendant and Counterclaim/Third-Party Plaintiff James Turrell*

80403758.1