UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
U.S. DISTRICT COURT
     FILED
  NOV 13 2007
  S.D. OF N.Y.
```

MICHAEL HUE-WILLIAMS LTD. d/b/a ALBION GALLERY

      Plaintiff,

    -V-

JAMES TURRELL

      Defendants,

**CERTIFICATE OF MAILING**

07 CV 7366 (LAP)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**13th day of November, 2007**

I served the

Summons & Answer, Counterclaims
& Third-Party Claims

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**19th day of September, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**7908 7263 9358**

*[signature]*
CLERK

Dated: New York, NY