UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL HUE-WILLIAMS, LTD, d/b/a ALBION GALLERY,<br><br>Plaintiff/Counterclaim Defendant,<br><br>-against-<br><br>JAMES TURRELL,<br><br>Defendant/Counterclaim Plaintiff | 07 Civ. 7366 (LAP)<br><br>**RULE 7.1 STATEMENT** |
| JAMES TURRELL,<br><br>Third-Pary Plaintiff,<br><br>-against-<br><br>MICHAEL HUE-WILLIAMS,<br><br>Third-Party Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff Michael Hue Williams Ltd., d/b/a Albion Gallery (a private non-governmental party) certifies that the

following are corporate parents, and any publicly held corporation that owns 10% or more of its stock:

None.

New York, New York
January 11, 2008

McLaughlin & Stern, LLP
By _____
Jon Paul Robbins (#8517)
Attorneys for Michael Hue-Williams,
Ltd., d/b/a Albion Gallery
260 Madison Avenue
New York, New York 10016
212-448-1100