UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL HUE-WILLIAMS LTD. d/b/a ALBION GALLERY,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    v.<br><br>JAMES TURRELL,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No.: 07 Civ. 7366 (LAP)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |
| JAMES TURRELL,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>MICHAEL HUE-WILLIAMS,<br><br>    Third-Party Defendant. | |

Please note the withdrawal of the appearance of Lisa Horwitz of Manatt, Phelps & Phillips, LLP as co-counsel for Attorneys for Defendant and Counterclaim/Third Party Plaintiff James Turrell. The defendant and counterclaim/third party plaintiff will continue to be represented by Manatt, Phelps & Phillips, LLP, and John Silberman Associates PC.

Dated: New York, New York.
       March 6, 2008

MANATT, PHELPS & PHILLIPS, LLP

By: _____
    Lisa Horwitz

7 Times Square
New York, NY 10036
(212) 790-4500

*Attorneys for Defendant and Counterclaim/Third Party Plaintiff James Turrell*

80417382.1