```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL HUE-WILLIAMS LTD, d/b/a
ALBION GALLERY,

    Plaintiff/Counterclaim Defendant,

v.

JAMES TURRELL,

    Defendant/Counterclaim Plaintiff.

JAMES TURRELL,

    Third-Party Plaintiff,

v.

MICHAEL HUE-WILLIAMS,

    Third-Party Defendant.

Civil Action No.: 07 Civ. 7366 (LAP)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

---

Please note the withdrawal of the appearance of Lisa Horwitz of Manatt, Phelps & Phillips, LLP as co-counsel for Attorneys for Defendant and Counterclaim/Third Party Plaintiff James Turrell. The defendant and counterclaim/third party plaintiff will continue to be represented by Manatt, Phelps & Phillips, LLP, and John Silberman Associates PC.

Dated: New York, New York.
March 6, 2008

MANATT, PHELPS & PHILLIPS, LLP

By: _____
    Lisa Horwitz

7 Times Square
New York, NY 10036
(212) 790-4500

*Attorneys for Defendant and Counterclaim/Third Party Plaintiff James Turrell*

SO ORDERED
_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

April 2, 2008

80417382.1