# MCLAUGHLIN & STERN, LLP

**JON PAUL ROBBINS**
Partner
Direct Phone: (212) 448-6213
E-Mail: probbins@mclaughlinstern.com

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448-1100
FAX (212) 448-0066

**MILLBROOK OFFICE**
Franklin Avenue
P.O. Box 1369
Millbrook, New York 12545
(914) 677-5700
Fax (914) 677-0097

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/21/08]

May 21, 2008

By Fax: 212-805-7941
Honorable Loretta A. Preska
United States District Court, Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: Hue-Williams, Ltd. v. Turrell, 07 Civ. 7366 (LAP)

Dear Judge Preska:

We represent the plaintiff and third-party defendant in this matter. The defendant-counterclaimant-third-party plaintiff is represented by Gregory Clarick of Manatt Phelps & Phillips, LLP and Donn Zaretsky of John Silberman Associates PC.

We advised Your Honor at the April 30 pretrial conference that the parties were engaged in settlement discussions, and that we had undertaken to provide defense counsel with certain information in order to see if those discussions could move forward. Your Honor directed us to report on the progress by today.

This is to advise the Court that it has taken a little longer than we had anticipated to obtain the required information from our client. We have now received that information and we are in the process of organizing it so that it can be provided to defense counsel. I write, with consent of defense counsel, to request that we be given another two weeks, until June 4, to report to Your Honor on the status of a possible settlement.

Respectfully submitted,

Jon Paul Robbins

SO ORDERED

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 21, 2008