# MCLAUGHLIN & STERN, LLP

**JON PAUL ROBBINS**
Partner
Direct Phone: (212) 448–6213
E–Mail: probbins@mclaughlinstern.com

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
Fax (212) 448–0066

**MILLBROOK OFFICE**
Franklin Avenue
P.O. Box 1369
Millbrook, New York 12545
(914) 677–5700
Fax (914) 677–0097

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/08

June 4, 2008

By Fax: 212-805-7941
Honorable Loretta A. Preska
United States District Court, Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re: Hue-Williams, Ltd. v. Turrell, 07 Civ. 7366 (LAP)

Dear Judge Preska:

We represent the plaintiff and third-party defendant in this matter. The defendant-counterclaimant-third-party plaintiff is represented by Gregory Clarick of Manatt Phelps & Phillips, LLP and Donn Zaretsky of John Silberman Associates PC.

We have recently made a settlement proposal to Mr. Clarick, based on certain information that we also provided to him. Mr. Clarick and his client require a short period of time to investigate the information provided, and to determine whether it would be fruitful to pursue our proposal.

Mr. Clarick and I agree, of course subject to the Court's consent, that it would be helpful to extend the time for negotiations for another two weeks, until June 18, to report to Your Honor as to whether a settlement appears likely.

**SO ORDERED**

*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
June 4, 2008

Respectfully submitted,

*[signature]*

Jon Paul Robbins

MCLAUGHLIN & STERN, LLP

cc: by email
    Gregory A. Clarick, Esq.
    Donn Zaretsky, Esq.