UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MICHAEL HUE-WILLIAMS, LTD.,
:
        Plaintiff,                  **ORDER**
:
    -against-             07 Civ. 7366 (LAP)(MHD)
:
JAMES TURRELL,          :

:
        Defendant.
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby

    **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **WEDNESDAY, NOVEMBER 4, 2009 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
       **September 29, 2009**

SO ORDERED.

_____
MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent today to:

Jon Paul Robbins, Esq.
Peter Stern, Esq.
McLaughlin and Stern, LLP
260 Madison Ave.
New York, NY 10016

Gregory A. Clarick, Esq.
Elizabeth Murray
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10036